1  NEIL A. SMITH (SBN 63777)
   ROPERS, MAJESKI, KOHN & BENTLEY
2  50 West San Fernando Street, Suite 1400
   San Jose, CA 95113-2429
3  Telephone: (408) 287-6262
   Facsimile: (408) 918-4501
4  Email: nsmith@rmkb.com

5  ROBERT P. ANDRIS (SBN 130290)
   LAEL D. ANDARA (SBN 215416)
6  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
7  Redwood City, CA 94063
   Telephone: (650) 364-8200
8  Facsimile: (408) 780-1701
   Email: randris@rmkb.com
9         landara@rmkb.com

10 Attorneys for Defendant and Counterclaimant
   DANRICK COMMERCE GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERMAN MILLER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ZUO MODERN CONTEMPORARY, INC., et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. 3:10-cv-1608-CRB<br><br>NOTICE OF DANRICK COMMERCE GROUP, LLC'S SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER THEREON |

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Defendant and Counterclaimant Danrick Commerce Group, LLC ("Danrick") hereby substitutes the following firm and attorneys into this action as Danrick's counsel of record:

///

RC1/5653277.1/LD

NOTICE OF DANRICK COMMERCE GROUP,
LLC'S SUBSTITUTION OF COUNSEL AND
[PROPOSED] ORDER 3:10-CV-1608-CRB

| | |
|---|---|
| 1 | NEIL A. SMITH (SBN 63777) |
|   | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | 50 West San Fernando Street, Suite 1400 |
|   | San Jose, CA 95113-2429 |
| 3 | Telephone: (408) 287-6262 |
|   | Facsimile: (408) 918-4501 |
| 4 | Email: nsmith@rmkb.com |
| 5 | ROBERT P. ANDRIS (SBN 130290) |
|   | LAEL D. ANDARA (SBN 215416) |
| 6 | ROPERS, MAJESKI, KOHN & BENTLEY |
|   | 1001 Marshall Street, Suite 300 |
| 7 | Redwood City, CA 94063 |
|   | Telephone: (650) 364-8200 |
| 8 | Facsimile: (408) 780-1701 |
|   | Email: randris@rmkb.com |
| 9 | landara@rmkb.com |

This Substitution accompanies Mr. Smith's change of law firms from Sheppard Mullin Richter & Hampton, LLP to the law firm of Ropers Majeski Kohn Bentley.

Therefore, PLEASE TAKE FURTHER NOTICE that the firm and attorneys listed above are substituted into this action in place of the following firm and attorney(s): Sheppard Mullin Richter & Hampton, LLP, including specifically Nathaniel Bruno of Sheppard Mullin Richter & Hampton, LLP, 4 Embarcadero Center, 17th Floor, San Francisco, CA, 94111, 415-434-9100 (Neil A. Smith is no longer with Sheppard Mullin Richter & Hampton, LLP).

Notices, pleadings, orders, rulings, and any other documents required to be served in this action should henceforth be directed to Neil A. Smith, Robert P. Andris and Lael D. Andara at Ropers Majeski Kohn Bentley using the contact information above.

Consent to this substitution is provided below by authorized representatives of Danrick and of each of the law firms involved.

I consent to the above substitution of counsel.

Dated: August /2 , 2010                     DANRICK COMMERCE GROUP, LLC

                                            By: _____
                                                DANNY LOUIE

///

///

RC1/5653277.1/LD                       - 2 -                NOTICE OF DANRICK COMMERCE GROUP,
                                                            LLC'S SUBSTITUTION OF COUNSEL AND
                                                            [PROPOSED] ORDER 3:10-CV-1608-CRB

I consent to the above substitution of counsel.

Dated: August 4, 2010

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
NEIL A. SMITH
ROBERT P. ANDRIS
LAEL D. ANDARA
Attorneys for Defendant and
Counterclaimant
DANRICK COMMERCE GROUP, LLC

I consent to the above substitution of counsel.

Dated: August 4, 2010

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____
P. CRAIG CARDON
NATHANIEL BRUNO

## ORDER

Pursuant to the stipulations and consents above,

IT IS SO ORDERED,

Ropers Majeski Kohn Bentley is substituted in as counsel of record for Danrick Commerce Group, LLC in this action in place of Sheppard Mullin Richter & Hampton, LLP.

Dated: August 13, 2010

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

RCI/5653277.1/LD

- 3 -

NOTICE OF DANRICK COMMERCE GROUP, LLC'S SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER 3:10-CV-1608-CRB