1  STEPHEN P. ELLINGSON (SBN 136505)
   sellingson@hayesscott.com
2  HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP
3  203 Redwood Shores Parkway; Suite 480
   Redwood City, California 94065
4  Telephone – (650) 637-9100
   Facsimile – (650) 637-8071
5  *Attorneys for Plaintiff*

6  HAROLD W. REICK
   DOUGLAS H. SIEGEL
7  dsiegel@priceheneveld.com
   JASON L. BUDD
8  jbudd@priceheneveld.com
9  PRICE, HENEVELD, COOPER, DeWITT & LITTON, LLP
   695 Kenmoor S.E.
10 P.O. Box 2567
   Grand Rapids, Michigan 49501
11 Telephone – (616) 949-9610
   Facsimile – (616) 957-8196
12 *Co-Counsel for Plaintiff (Admitted Pro Hac Vice)*

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15 HERMAN MILLER, INC.,                    CASE NO.  CV-10-1608 CRB

16        Plaintiff/Counterclaim Defendant,   Honorable Charles R. Breyer
                                              U.S. District Court Judge
17        v.

18 ZUO MODERN CONTEMPORARY, INC.;       **STIPULATION AND ~~PROPOSED~~**
19 AND DANRICK COMMERCE GROUP, LLC;     **ORDER (A) TO EXTEND THE**
                                        **MEDIATION DEADLINE AND (B) TO**
20        Defendants/Counterclaim Plaintiffs;  **CONTINUE THE FURTHER CASE**
                                              **MANAGEMENT CONFERENCE**
21 STACKS AND STACKS; SPACIFY, INC.;
   OFFICE FURNITURE OUTLET, INC.; AND
22 UNKNOWN CHINA COMPANY,

23        Defendants.

24        The initial Case Management Conference was held in this matter on July 30, 2010, before

25 Honorable Charles R. Breyer.  Judge Breyer referred this matter to mediation and continued the

26 Case Management Conference to a Further Case Management Conference date of November 5,

27 2010.  John W. Crittenden was appointed to serve as a mediator in this case.  Accordingly, on

28

                                      -1-

1    August 24, 2010, Mr. Crittenden held a joint telephone conference with counsel for all parties to

2    discuss the mediation.

3            Pursuant to ADR Local Rule 6.4, mediation is to be held within 90 days after the Order

4    referring a matter to mediation, i.e., by October 28, 2010, in the present case.  However, because of

5    various scheduling conflicts, the earliest date which all parties are available for mediation is

6    November 4, 2010.  Accordingly, contingent upon the Court extending the deadline for mediation,

7    
8    the parties have agreed to mediation on November 4 at 10:00 a.m. in Mr. Crittenden's offices.

9            Based on the above, the parties hereby stipulate and request:

10           1.       That the mediation deadline be extended through November 4, 2010; and

11           2.       That the Court reschedule the Further Case Management Conference (presently

12   scheduled for November 5, 2010) to a later date.

13           Case Management conference set for December 17, 2010 at 8:30 a.m.

14           IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

15

16                                                              HAYES SCOTT BONINO ELLINGSON &
17                                                              McLAY, LLP

18                                                              By:/s/ Douglas H. Siegel
                                                                Stephen P. Ellingson
19                                                              Douglas H. Siegel (*admitted pro hac vice*)
                                                                Jason L. Budd (*admitted pro hac vice*)
20                                                              Hal W. Reick (*admitted pro hac vice*)
                                                                Attorneys for Plaintiff
21   Dated: September 28, 2010                                  HERMAN MILLER, INC.

22

23                                                              DONAHUE GALLAGHER WOODS LLP

24

25                                                              By: /s/ John C. Kirke
                                                                John C. Kirke
26                                                              Attorneys for Defendant and Counter-Claimant
                                                                ZUO MODERN CONTEMPORARY, INC.
27   Dated: September 28, 2010

28

1

2                                         ROPERS, MAJESKI, KOHN & BENTLEY

3                                         By: /s/Lael D. Andara

4                                         Neil A. Smith
                                          Robert P. Andris
5                                         Lael D. Andara
                                          Attorneys for Defendant and Counter-Claimant
6    Dated: September 28, 2010            DANRICK COMMERCE GROUP, LLP

7

8                              [PROPOSED] ORDER

9

10   PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12                                         _____

13   Dated:   Sept. 29, 2010               Hon. Charles R. Breyer
                                          United States District Court Judge

14

15                                         IT IS SO ORDERED

16                                         Judge Charles R. Breyer

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER TO EXTEND MEDIATION DEADLINE
CASE NO. CV10-1608 CRB