UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN MILLER, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZUO MODERN CONTEMPORARY, INC; STACKS AND STACKS; SPACIFY, INC.; OFFICE FURNITURE OUTLET INC.; DANRICK COMMERCE GROUP, LLC; GAOERFU FURNITURE FACTORY AND YUSHI FURNITURE CO., LTD., <br><br> Defendants. | CASE NO. CV 10 1608 CRB <br><br> **STIPULATION AND [proposed] ORDER FOR CASE SCHEDULE** |
| AND RELATED COUNTERCLAIM. | |

During the continued Case Management Conference (CMC) on December 17, 2010, the Court set the trial date for October 17, 2011 (and continuing for 7-10 days). At the CMC, the Court also set October 13, 2011, as the pretrial conference date and ordered the parties to work out all other pretrial dates. Accordingly, Plaintiff/Counterclaim-Defendant Herman Miller, Inc. ("Herman Miller"), Defendant/Counter-Claimant Zuo Modern Contemporary, Inc. ("Zuo"), and Defendant/Counter-Claimant Danrick Commerce Group, LLC ("Danrick") submit this Stipulation and Order for Case Schedule.

Defendants Spacify, Inc., Office Furniture Outlet, and Stacks and Stacks are no longer

-2-

active participants, this Court having already entered Consent Judgments. DKTS. 28, 41, and 58, respectively. Herman Miller has dismissed Defendants Gaoerfu Furniture Factory and Yushi Furniture Co., Ltd.

Herman Miller, Zuo, and Danrick hereby stipulate and agree to the following case schedule:

(a) expert witness designations and reports on Friday, June 3, 2011;

(b) rebuttal expert witness designations and reports on Friday, July 1, 2011;

(c) nonexpert and expert discovery deadline on Friday, July 22, 2011;

(d) dispositive motion filing deadline on Friday, July 29, 2011;

(e) dispositive motion hearings completed by Friday, September 2, 2011.


Dated: March 14, 2011            HAYES SCOTT BONINO ELLINGSON & MCKAY, LLP

By:   /s/Douglas H. Siegel
STEPHEN P. ELLINGSON (SBN 136505)
*Attorneys for Plaintiff/Counterclaim Defendant*

HAROLD W. REICK  (Admitted Pro Hac Vice)
DOUGLAS H. SIEGEL (Admitted Pro Hac Vice)
JASON L. BUDD (Admitted Pro Hac Vice)
PRICE, HENEVELD, COOPER, DeWITT & LITTON
*Co-Counsel for Plaintiff/Counterclaim Defendant*

Dated:  March 14, 2011            DONAHUE GALLAGHER WOODS LLP

By:   /s/John C. Kirke
John C. Kirke
Andrew S. MacKay
*Attorneys for Defendant/ Counterclaim Plaintiff*
ZUO MODERN CONTEMPORARY, INC.

Case 3:10-cv-01608-CRB Document 87 Filed 03/16/11 Page 2 of 3

-3-

Dated: March 14, 2011               ROPERS MAJESKI KOHN BENTLEY


                                    By:   /s/Lael Andara
                                       Lael Andara
                                       Neil A. Smith
                                       Nathaniel Bruno
                                       *Attorneys for Defendant/ Counterclaim Plaintiff*
                                       DANRICK COMMERCE GROUP


                              ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated   March 17 , 2011

                                    _____
                                    Hon. CHARLES R. BREYER
                                    U.S. District Judge

