UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN MILLER, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> ZUO MODERN CONTEMPORARY, INC.; AND DANRICK COMMERCE GROUP, LLC; <br><br> Defendants/Counterclaim Plaintiffs; <br><br> STACKS AND STACKS; SPACIFY, INC.; AND OFFICE FURNITURE OUTLET, INC.; <br><br> Defendants. | CASE NO.  CV-10-1608 CRB <br><br> Honorable Charles R. Breyer <br> U.S. District Court Judge <br><br> [PROPOSED] <br> **STIPULATION AND ORDER OF DISMISSAL** |

**STIPULATION AND ORDER OF DISMISSAL**

Plaintiff Herman Miller, Inc. ("Herman Miller") and Defendant Danrick Commerce Group, LLC. ("Danrick") state that they have entered into a Settlement Agreement.  Consequently, pursuant to Rule 41(a)(2), F.R.Civ.P., Herman Miller and Danrick hereby stipulate and request that the Court order dismissal with prejudice of any claims and counterclaims between them in this civil action, with each party bearing its own costs and attorneys' fees.  Herman Miller and Danrick further stipulate that the Court shall retain jurisdiction of this civil action to enforce the Settlement Agreement, if necessary, pursuant to California Code of Civil Procedure section 664.6 or applicable federal law.

**IT IS SO ORDERED.**

Dated:  June 15, 2011

HON. C[...]
United S[...]

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

1 of 2

```
 1
 2  Dated: 06/10/11                    HERMAN MILLER, INC.
 3
                                       By: James L. Hopewell
 4                                     Its: Associate General Counsel
 5
                                       DANRICK COMMERCE GROUP, LLC.
 6  Dated: 6/9/11
 7                                     By: Danny Louie
                                       Its: Member
 8
 9                                     APPROVED AS TO FORM AND CONTENT:
10
11  Dated: _____
                                       _____
12                                     Stephen P. Ellingson (SBN 136505)
                                       HAYES SCOTT BONINO ELLINGSON &
13                                     MCLAY, LLP
                                       203 Redwood Shores Parkway
14                                     4th Floor; Suite 408
                                       Redwood City, California 94065
15                                     Telephone – (650) 637-9100
                                       Harold W. Reick  (Admitted Pro Hac Vice)
16                                     Douglas H. Siegel (Admitted Pro Hac Vice)
                                       Jason L. Budd (Admitted Pro Hac Vice)
17                                     PRICE, HENEVELD, COOPER, DEWITT &
                                       LITTON
18                                     695 Kenmoor S.E.
                                       P.O. Box 2567
19                                     Grand Rapids, Michigan 49501
                                       Telephone – (616) 949-9610
20                                     Attorneys for Plaintiff Herman Miller, Inc.
21
22  Dated: _____
                                       _____
23                                     Lael D. Andara
                                       Neil A. Smith
24                                     ROPERS, MAJESKI, KOHN & BENTLEY
                                       1001 Marshall Street, Suite 300
25                                     Redwood City, CA 94063
                                       Attorneys for Defendant
26                                     Danrick Commerce Group, LLC.
27
28
```

ORDER AND DISMISSAL - CASE NO. CV-10-01608 CRB

| | |
|---|---|
| 1 | |
| 2  Dated: _____ | HERMAN MILLER, INC. |
| 3 | By: James L. Hopewell |
| 4 | Its: Associate General Counsel |
| 5 | DANRICK COMMERCE GROUP, LLC. |
| 6  Dated: 6/9/11 | |
| 7 | By: Danny Lowe |
| 8 | Its: Member |
| 9 | APPROVED AS TO FORM AND CONTENT: |
| 10 | |
| 11  Dated: 6/10/11 | |
| 12 | Stephen P. Ellingson (SBN 136505) |
| 13 | HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP |
| 14 | 203 Redwood Shores Parkway<br>4th Floor, Suite 408 |
| 15 | Redwood City, California 94065<br>Telephone – (650) 637-9100 |
| 16 | Harold W. Reick (Admitted *Pro Hac Vice*)<br>Douglas H. Siegel (Admitted *Pro Hac Vice*) |
| 17 | Jason L. Budd (Admitted *Pro Hac Vice*)<br>PRICE, HENEVELD, COOPER, DEWITT & LITTON |
| 18 | 695 Kenmoor S.E. |
| 19 | P.O. Box 2567<br>Grand Rapids, Michigan 49501 |
| 20 | Telephone – (616) 949-9610 |
| 21 | *Attorneys for Plaintiff Herman Miller, Inc.* |
| 22  Dated: 6/10/11 | |
| 23 | Lael D. Andara<br>Neil A. Smith |
| 24 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 25 | 1001 Marshall Street, Suite 300<br>Redwood City, CA 94063 |
| 26 | *Attorneys for Defendant*<br>*Danrick Commerce Group, LLC.* |
| 27 | |
| 28 | |